# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lester Barnett Jr.,

    Petitioner,    JUDGMENT IN A CIVIL CASE

vs.    3:08cv442

John N. Vaughan,

    Respondent.

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/1/2008 Order.

Signed: October 1, 2008

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court